# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRANCE MOORE

NO. 2026 KW 0161

**APRIL 20, 2026**

---

In Re:  Terrance Moore, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 716770.

---

BEFORE:  **LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.** The record does not support relator's claims that defense counsel rendered ineffective assistance. See **Strickland v. Washington**, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984). Accordingly, the district court did not abuse its discretion by denying the application for postconviction relief.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT